AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Chinese American Truckers Association, a Nonprofit Corporation for Public Benefits; <br><br> *Plaintiff(s)* <br><br> v. <br><br> Federal Motor Carrier Safety Administration ("FMCSA"), a federal government agency; see attached. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  FMCSA, 1200 New Jersey Avenue, SE, Washington, DC 20590;
Derek D. Barrs, Administrator of FMCSA, 1200 New Jersey Avenue, SE, Washtington D.C. 20590
Civil Process Clerk, United States Attorney's Office, Federal Building
300 N. Los Angeles Street, Suite 7516, Los Angeles, California 90012;
Attorney General of the United States, U.S. Department of Justice
950 Pennsylvania Avenue, NW, Washington D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Chen
Michael Chen Law Offices
2975 Huntington Drive, Ste 101
San Marino, California, 91108
michael@michaelchenlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

Michael Chen Esq. (SBN 218863)
Michael Chen Law Offices
2975 Huntington Dr. Ste 101
San Marino, CA 91108
michael@michaelchenlaw.com
Tel: (626) 249-2002
Attorneys for Plaintiff Chinese American Truckers Association

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chinese American Truckers Association, a Nonprofit Corporation for Public Benefits;<br><br>Plaintiff<br><br>v.<br><br>Federal Motor Carrier Safety Administration ("FMCSA"), a federal government agency; Derek D. Barrs, Administrator of FMCSA, in his official capacity; Steve Gordon, Director of California Department of Motor Vehicles, in his official capacity;<br><br>Defendants | **Civil Action No.**<br><br>**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

**FACTUAL HISTORY AND LEGAL BACKGROUND**

**A. Overview of the Dispute**

1. Plaintiff Chinese American Truckers Association ("CATA") is a nonprofit public benefit corporation whose members include commercial drivers who reside and work in California, including within this District.

2. Many CATA members hold California commercial driver's licenses ("CDLs"), including non-domiciled or limited-term CDLs, and rely on continued licensure and lawful access

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]