TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ALEXANDER L. FARRELL (Cal. Bar No. 335008)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-5557
    E-mail: Alexander.Farrell@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINESE AMERICAN TRUCKERS ASSOCIATION, a nonprofit corporation for public benefit,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, et al.,<br><br>Defendants. | No. 5:26-cv-00063-JGB-DTB<br><br>**DECLARATION OF PHILIP THOMAS**<br><br>*Ex Parte* Application Hearing<br>Hearing Date:   January 20, 2026<br>Hearing Time:   11:00 a.m.<br>Ctrm:   1, Riverside<br><br>Honorable Jesus G. Bernal<br>United States District Judge |

# DECLARATION OF PHILIP THOMAS

Pursuant to 28 U.S.C. § 1746, I, Philip Thomas, declare and state as follows:

1. I am the Deputy Associate Administrator in the Office of Safety at the Federal Motor Carrier Safety Administration ("FMCSA"), an operating administration of the U.S. Department of Transportation.

2. As Deputy Associate Administrator, I serve as the primary advisor to the Associate Administrator for Safety, who oversees the Division Offices at FMCSA. I am also responsible for the Office of Safety Programs at FMCSA, which includes the Commercial Driver's License ("CDL") Division. My job duties include supervising the CDL Division's work to develop, maintain, and enforce standards for testing and ensuring the fitness of commercial motor vehicle drivers. In my official capacity, I have access to FMCSA records reflecting its development, maintenance, and enforcement of CDL standards. These include records of Annual Program Review (APRs) of State CDL programs. I have access to the records that are attached to this declaration and to the information referenced herein. As such, I am fully familiar with the facts set forth in this declaration.

3. Under regulatory authority delegated by the Secretary of Transportation, FMCSA regulates the safety practices of commercial motor carriers and drivers. FMCSA develops, maintains, and enforces standards for State CDL programs, which include standards for testing and ensuring the fitness of a commercial motor vehicle driver. 49 U.S.C. § 31301 *et seq*. FMCSA does not issue CDLs or Commercial Learner's Permits ("CLPs") to drivers.

4. States are authorized to issue CDLs and CLPs to individuals who are *not* domiciled in their State, but if they choose to issue non-domiciled CDLs or CLPs, they must do so in accordance with regulations prescribed by FMCSA. 49 U.S.C. § 31311(a)(12)(B)(ii). State CDL programs are also required to enforce federal CDL and CLP standards. 49 U.S.C. § 31301 *et seq*. The Commercial Motor Vehicle Safety Act of 1986, *as amended*, established performance standards with which State CDL

1

programs must comply to avoid having amounts withheld from Highway Trust Fund apportionment under 49 U.S.C. § 31314 and to avoid CDL program decertification under 49 U.S.C. § 31312. 49 U.S.C. § 31311(a).

5. As part of its oversight obligations, FMCSA conducts APRs for each State CDL program in accordance with 49 CFR § 384.307 to verify that the CDL programs are in substantial compliance with the requirements of 49 U.S.C. § 31311(a) and its implementing regulations in 49 CFR Part 383 and Part 384, Subpart B. Statutory frameworks require the Secretary of Transportation to direct FMCSA to withhold certain percentages of block funds derived out of the National Highway Performance Program and the Surface Transportation Block Grant Program, when a State does not comply substantially with the requirements of Section 31311(a). 49 U.S.C. § 31314.

6. In August 2025, FMCSA initiated an APR of the California Department of Motor Vehicles' ("California DMV") CDL program in accordance with 49 U.S.C. § 31311 and 49 C.F.R. § 384.307.

7. On September 26, 2025, FMCSA issued a Preliminary Determination to the California DMV setting out its findings from the APR. A true and correct copy of the September 26, 2025 Preliminary Determination is attached as Exhibit A. Exhibit A is publicly available on FMCSA's website. https://www.fmcsa.dot.gov/newsroom/letter-california-2025-annual-program-review-findings-appendix-and-conditional (last visited Jan. 15, 2026).

8. On November 13, 2025, FMCSA issued a Conditional Determination to the California DMV detailing the corrective actions required to bring California DMV's CDL program into compliance with federal standards. A true and correct copy of the November 13, 2025 Conditional Determination is attached as Exhibit B. Exhibit B is publicly available on FMCSA's website. https://www.fmcsa.dot.gov/newsroom/letter-california-2025-annual-program-review-findings-appendix-and-conditional (last visited Jan. 15, 2026).

9. On January 7, 2026, FMCSA issued a Notice of Final Determination of

Substantial Noncompliance to the California DMV. A true and correct copy of the January 7, 2026 Notice of Final Determination is attached as Exhibit C. Exhibit C is publicly available on the U.S. Department of Transportation's website. https://www.transportation.gov/briefing-room/letter-gov-newsom-and-ca-dmv (last visited Jan. 15, 2026).

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on January 15, 2026, at Washington, D.C.

By: _____

Philip Thomas
Deputy Associate Administrator
Office of Safety
Federal Motor Carrier Safety Administration
U.S. Department of Transportation