MICHAEL CHEN ESQ. (Cal. Bar No. 218863)
Michael Chen Law Offices
2975 Huntington Drive, Suite 101
San Marino, California 91108
E-mail: michael@michaelchenlaw.com
Telephone: (626) 249-2002

Attorneys for Plaintiff
Chinese American Truckers Association

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ALEXANDER L. FARRELL (Cal. Bar No. 335008)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-5557
    E-mail: Alexander.Farrell@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINESE AMERICAN TRUCKERS ASSOCIATION, a nonprofit corporation for public benefit,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, et al.,<br><br>Defendants. | No. 5:26-cv-00063-JGB-DTB<br><br>**STIPULATION FOR DISMISSAL OF THE FEDERAL DEFENDANTS *WITHOUT PREJUDICE* FROM THE COMPLAINT**<br><br>*[Proposed]* order filed concurrently<br><br>Honorable Jesus G. Bernal<br>United States District Judge |

IT IS HEREBY STIPULATED by and between Plaintiff Chinese American Truckers Association's ("Plaintiff" or "CATA") and Defendants Federal Motor Carrier Safety Administration ("FMCSA") and Derek D. Barrs, in his official capacity as the Administrator of the FMCSA ("Administrator Barrs") (collectively the "Federal Defendants") (collectively with the Plaintiff, as the "Parties"), through their respective counsel, and subject to the Court's approval, that the above-captioned action and the Complaint are dismissed *without prejudice* as to Defendants FMCSA and Administrator Barrs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each of the named Parties to this Stipulation to bear its own costs, fees, and expenses.

Dated: January 28, 2026        Respectfully submitted,

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section


    /s/ Alexander L. Farrell
ALEXANDER L. FARRELL
Assistant United States Attorney

Attorneys for Federal Defendants


Dated: January 28, 2026        Respectfully submitted,

MICHAEL CHEN LAW OFFICES


    /s/ Michael Chen
MICHAEL CHEN

Attorneys for Plaintiff Chinese American Truckers Association

1

* Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.