UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHINESE AMERICAN TRUCKERS ASSOCIATION, a nonprofit corporation for public benefit,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, et al.,<br><br>Defendants. | No. 5:26-cv-00063-JGB-DTB<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF FEDERAL DEFENDANTS *WITHOUT PREJUDICE* FROM THE COMPLAINT [DKT. 23]** |

Upon consideration of the Stipulation for Dismissal of the Federal Defendants (the "Stipulation"), and finding good cause therefor, IT IS ORDERED that the Stipulation is GRANTED. Defendants Federal Motor Carrier Safety Administration and Derek D. Barrs, in his official capacity as the Administrator of the FMCSA, are hereby DISMISSED *without prejudice*. Each of the named Parties to the Stipulation is to bear its own costs, fees, and expenses.

Dated: January 29, 2026

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE