JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHINESE AMERICAN TRUCKERS ASSOCIATION, a Nonprofit Corporation for Public Benefits,**<br><br>Plaintiff,<br><br>**v.**<br><br>**FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, et al.,**<br><br>Defendants. | Case No. 5:26-cv-00063<br><br>**ORDER FOR DISMISSAL** |

Based on the parties' stipulation for dismissal, and good cause appearing,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action shall be and is dismissed in its entirety without prejudice.  Each party shall bear its own fees and costs.

Dated: April 9, 2026

Hon. Jesus G. Bernal
United States District Court Judge

SA2026300140/ 45029350

1